

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00747-CR

Christopher **DILLARD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2021-1421-DR
Honorable Kelley Kimble, Judge Presiding

PER CURIAM

Sitting:    Lori Massey Brissette, Justice
           Adrian A. Spears II, Justice
           H. Todd McCray, Justice

Delivered and Filed: May 13, 2026

DISMISSED FOR LACK OF JURISDICTION

Appellant attempts to appeal from his conviction for sexual assault of a child under Texas Penal Code Section 22.011(a)(2). "A timely notice of appeal is necessary to invoke" appellate jurisdiction. *Taylor v. State*, 424 S.W.3d 39, 43 (Tex. Crim. App. 2014). "A defendant's notice of appeal is timely if filed within thirty days after the day sentence is imposed or suspended, or within ninety days after sentencing if the defendant timely files a motion for new trial." *Id.* (citing TEX. R. APP. P. 26.2(a)).

The trial court imposed the sentence on August 7, 2025. Because appellant did not file a motion for new trial, his notice of appeal was due by September 8, 2025. *See* TEX. R. APP. P. 26.2(a)(1). The record reflects appellant filed his notice of appeal on November 5, 2025, making this appeal untimely. Because it appears we lack jurisdiction over this appeal, we ordered appellant to show cause on or before April 15, 2026 why this appeal should not be dismissed for lack of jurisdiction. In response, appellant filed a letter acknowledging that he did not file a motion for new trial in this case and stating that appellant "does not contest the jurisdictional issue[.]" We therefore dismiss this untimely appeal for lack of jurisdiction. *See Taylor*, 424 S.W.3d at 43.

PER CURIAM

DO NOT PUBLISH